UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY HAYES PERRY,

    Plaintiff,                                      Case No. 1:14-cv-1141

v.                                                    HON. JANET T. NEFF

COREY GRAHN,

    Defendant.
_____/

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a Motion for Summary Judgment (Dkt 32). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 22, 2016, recommending that this Court grant Defendant's motion and terminate this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt 32) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.

Dated: April 15, 2016                                                  /s/ Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District Judge